IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| Marlon Blackwell Architects, P. A.,<br><br>   *Plaintiff,*<br><br>v.<br><br>HBG Design, Inc.,<br>Saracen Development, LLC,<br>and Joseph Byrd, in his official capacity<br>as Chairman of the Quapaw Tribal<br>Business Committee,<br><br>   *Defendants.* | Case No. 19-CV-000925-BSM |

## Joint Motion to Amend Scheduling Order

Plaintiff Marlon Blackwell Architects, P.A., joined by Defendants HBG Design, Inc., Saracen Development, LLC, and Joseph Byrd, in his official capacity as Chairman of the Quapaw Tribal Business Committee, jointly move this Court to amend the March 24, 2021, Final Scheduling Order, Document 45, to extend the deadlines as follows:

    (1)    Initial Expert Reports – July 1, 2021

    (2)    Rebuttal Expert Reports – July 30, 2021

    (3)    Discovery Deadline – August 18, 2021

### Grounds for relief

1. The Court's Final Scheduling Order, Doc. 45, calls for all discovery to be completed on August 11, 2021. Within that framework, the Final Scheduling Order designates May 28, 2021, as the deadline to disclose case-in-chief experts and June 28, 2021, as the deadline to disclose rebuttal experts.

2. This case was originally set for trial in Judge Baker's Court on October 25,

2021 prior to being transferred to this Court on May 6, 2021, following a conflict created by the entry of appearance of new counsel representing Saracen.

3.  One of the key witnesses in this case is John Lane Berrey ("Berrey"). Berrey was the Chairman of the Quapaw Tribal Business Committee at the time of the events giving rise to this litigation. Berrey has since been replaced by the election of Joseph Byrd ("Byrd") as Chairman, and the suit was amended to reflect the change of officer. Plaintiff is actively attempting to depose Berrey who has since been charged with embezzlement by the Quapaw. Berrey has yet to comply with valid subpoenas to produce documents and to submit his deposition testimony with which he was properly served. Plaintiff needs additional brief time in which to finalize such deposition which will have bearing on the discovery and likely on expert reports.

4.  Plaintiff served Defendants HBG Design, Inc. ("HBG") with Requests for Production on January 8, 2021. In response, HBG supplied 13,321 documents totaling 43,680 pages on March 25, 2021 (Bates numbered HBG 00219 – HBG 43899) and 13,838 documents totaling 67,591 pages (Bates numbered HBG 043900 – HBG 111491) on April 13, 2021. Plaintiff has diligently reviewed these 27,159 documents comprising 111,273 pages.

5.  Plaintiff served Defendants Saracen Development, LLC ("Saracen") with Requests for Production on January 8, 2021. In response, Saracen supplied 1,495 documents totaling 2,873 pages on February 8, 2021 (Bates numbered SARACEN 000001 – SARACEN 002874), 602 documents totaling 1,374 pages (Bates numbered SARACEN 0002875 – SARACEN 0004222) on March 1, 2021, and 10,892 documents totaling 26,912 pages (Bates numbered SARACEN 0004223 – SARACEN 0031135) on March 12, 2021. Plaintiff has diligently reviewed these 12,989 documents comprising 31,135 pages.

6.  Defendants HBG served Plaintiff with Requests for Production on March 1, 2021. Defendants Saracen served Plaintiff with Requests for Production on March 12,

2021. In response, Plaintiff supplied 10,771 documents totaling 34,878 pages on March 25, 2021 (Bates numbered MBA 0000001 – MBA 0034878) on April 14, 2021.

7. Defendants scheduled depositions of the following witnesses:
   a. Kertis Weatherby, June 1, 2021
   b. Justin Herschberger, June 1, 2021
   c. Meryati Blackwell, June 2, 2021
   d. Marlon Blackwell, June 2, 2021
   e. William Burks, June 3, 2021

8. Plaintiff has scheduled the depositions of the following witnesses:
   a. Rick Gardner, June 21, 2021
   b. Paul Bell, June 22, 2021
   c. Rodger Conine, June 22, 2021
   d. Mark Weaver, June 23, 2021

9. It is unknown when Berrey will be compelled to comply with his subpoenas, but it will not be before the deadline for case-in-chief expert witness disclosures.

10. The depositions detailed in paragraphs 7 and 8 will be helpful to the expert witness disclosures.

11. The parties therefore jointly request a reasonable extension of time until July 1, 2021, to allow experts to be properly identified and for those experts to provide reports. This extension would by agreement require an extension of time to July 30, 2021, for the opposing party to provide a rebuttal report.

12. The parties understand "case-in-chief" to apply equally to Plaintiff's causes of actions and Defendants' affirmative defenses such that the party having the burden of proof when advancing such proposition or claim will make a first disclosure on July 1, 2021.

13. In response, each party may offer Rebuttal Disclosure to take place on July 30, 2021.

14. The fact that this motion is being brought as a joint motion shows that the parties and their counsel have worked diligently in an attempt to get this matter promptly prepared for trial.

MARLON BLACKWELL ARCHITECTS, P. A.

_____

Mark Murphey Henry, Ark. Bar No. 97170
HENRY LAW FIRM
P.O. Box 4800
Fayetteville, Arkansas 72702
Telephone: (479) 368-0555
Email: mark@henry.us

_____

JASON J. CAMPBELL
BAR NO. 2001119
**Anderson, Murphy & Hopkins, L.L.P.**
400 West Capitol Avenue, Suite 2400
Little Rock, Arkansas 72201
(501) 372-1887 phone
*campbell@amhfirm.com*

And,

NICHOLAS L. VESCOVO
ISAAC LEW
**Lewis, Thomason, King, Krieg,
& Waldrop, P.C.**
40 South Main St., Suite 2900
Memphis, Tennessee 38103
Phone: (901) 525-8721
*nvescovo@lewisthomason.com
ILew@LewisThomason.com*

*Attorneys for HBG Design, Inc.*

*/s/*

Ronald A. Hope
Ark. Bar No. 81092
Ralph "Win" Wilson, III
Ark. Bar No. 07279
HOPE, O'DWYER, WILSON & ARNOLD, P.A.
211 S. Spring Street
Little Rock, Arkansas 72201
Telephone: (501) 372-4144
Telecopier: (501) 372-7480
E-Mail: rhope@htolaw.com
　　　　　wwilson@htolaw.com

And,

Amanda W. Denton (2016023)
MITCHELL, WILLIAMS, SELIG,
　GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone:  (501) 688-8800
Facsimile:   (501) 688-8807
E-mail:  adenton@mwlaw.com

*Attorneys for Saracen Development, LLC and Joseph Byrd, in his official capacity as Chairman of the Quapaw Tribal Business Committee*