IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| Marlon Blackwell Architects, P. A,<br><br>*Plaintiff,*<br><br>v.<br><br>HBG Design, Inc.;<br>Saracen Development, LLC; and Joseph Byrd in his official capacity as Chairman of the Quapaw Tribal Business Committee,<br><br>*Defendants.* | Case No. 4:19-cv-00925-BSM |

# Plaintiff's Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment

Plaintiff Marlon Blackwell Architects, P.A. ("MBA"), for its Statement of Undisputed Material Facts, states:

1. MBA is an architectural services firm, whose founder and principal architect is Marlon Blackwell, having its principal office in Fayetteville, Arkansas. *See* Doc. 51, ¶ 6; Doc. 55, ¶ 6; Doc. 56, ¶ 6; Doc. 57, ¶ 6.

2. John Lane Berrey was the duly elected Chairman of the Quapaw Tribal Business Committee until his replacement, Joseph Tali Byrd, was sworn in as Chairman on August 15, 2020. *See* Doc. 51, ¶¶ 9–10; Doc. 55, ¶¶ 9–10; Doc. 56, ¶¶ 9–10; Doc. 57, ¶¶ 9–10.

3. Saracen Development, LLC ("Saracen") is an Arkansas limited liability company that is a wholly owned subsidiary of the Downstream Development Authority

of the Quapaw Nation, having its principal place of business in Pine Bluff, Arkansas. *See* Doc. 51, ¶ 8; Doc. 55, ¶ 8; Doc. 56, ¶ 8.

4. HBG Design, Inc. ("HBG") is a Tennessee corporation that performs architectural and design work in the hospitality industry, having its principal office in Memphis, Tennessee. *See* Doc. 51, ¶ 7; Doc. 55, ¶ 7; Doc. 56, ¶ 7; Doc. 57, ¶ 7.

## MBA's Ownership of Valid Copyrights

5. In its role as design architect for the Saracen Casino Resort project, MBA created architectural plans, scoping, conceptual and schematic designs, technical drawings, and renderings, including the computer files bearing the names "MBA-B_20170715 scr concept", "MBA-E_20181130 scr preliminary scoping", "20181227_scr-arch_pre-design_v19.rvt", and "SCR-BLK RVT Computer File Feb 2019", of which MBA was the exclusive author. *See* Exhibit A.

6. MBA owns a valid copyright in MBA-B_20170715 scr concept, which the United States Copyright Office has approved and assigned Copyright Reg. No. VA 2-172-372 and Supp. Reg. No. VA 2-264-203. *See* Exhibit A.

7. MBA owns a valid copyright in MBA-E_20181130 scr preliminary scoping, which the United States Copyright Office has approved and assigned Copyright Reg. No. VA 2-172-502 and Supp. Reg. No. VA 2-263-585. *See* Exhibit A.

8. MBA owns a valid copyright in 20181227_scr-arch_pre-design_v19.rvt, which the United States Copyright Office has approved and assigned Copyright Reg. No. VAu 1-423-301. *See* Exhibit A.

9. MBA owns a valid copyright in SCR-BLK RVT Computer File Feb 2019, which the United States Copyright Office has approved and assigned Copyright Reg. No. VAu 1-395-529 and Supp. Reg. No. VAu 1-440-855. *See* Exhibit A.

## MBA's Contract with HBG

10. In January 2019, HBG and MBA negotiated their professional fees and divided their responsibilities on the Saracen Casino Resort project. *See* Exhibit F, 149:9–154:8.

11. HBG and MBA memorialized their division of responsibilities in a Responsibility Matrix, in which MBA retained primary design responsibility while HBG would act as construction architect or architect of record. *See* Exhibit F, 140:17–141:9, 145:11–14; Exhibit C-26.

12. MBA and HBG agreed to split net architectural fees 34.42% and 65.58%, respectively. *See* Exhibit F, 149:9–150:6, 154:3–8, 155:18–156:17; Exhibit G-42.

13. HBG confirmed this fee-splitting agreement on February 7, 2019, through its authorized principal Paul Bell. *See* Exhibit F, 149:9–150:6, 154:3–8, 155:18–156:17; Exhibit G-42.

14. This fee-split agreement was final and would not change based on the way the deliverables were ultimately apportioned between MBA and HBG. *See* Exhibit F, 152:7–18, 158:8–14; Exhibit G-42.

15. HBG acted in conformity with the contract by approving MBA's invoices pursuant to their agreed division of work and fees. *See* Exhibit F, 150:7–21.

## HBG'S Breach of Its Contract with MBA

16. In reliance on its agreement with HBG, and as part of HBG's inclusion in the Saracen Casino Resort project, MBA provided HBG with its plans, drawings, sketches, schematics, footprints, renderings, and many other essential work products, including architectural computer files, and substantially complete architectural schematic design plans for the Casino. *See* Exhibit B, 121:24–124:12, 144:20–146:18, 170:1–8; Exhibit C-13; Exhibit A.

17. MBA also granted HBG access to MBA's servers and cloud storage systems for the Revit BIM modeling, together with other renderings and architectural drawing exports for the Saracen Casino Resort project. *See* Exhibit B, 93:9–94:4.

18. MBA did what the contract required of it. As of February 26, 2019, MBA had authored roughly 75 to 80 percent of the schematic design completed by that date, which was consistent with the arrangement MBA and HBG had struck. *See* Exhibit B, 121:24–124:12, 144:20–146:18, 170:1–8; Exhibit C-13.

19. Notwithstanding HBG's express agreement with MBA, in early March 2019 HBG stopped working with MBA and to this day it refuses to pay MBA its 34.42% share. *See* Exhibit B, 134:20–24, 180:25–181:3.

### All Defendants' Copying of MBA'S Original Copyrighted Work

20. Only a few weeks after MBA was removed from the project, HBG's Mark Weaver made overlay tracings from MBA's designs at one or more meetings where MBA was not present. *See* Exhibit B, 202:1–208:23; Exhibit C-20; Exhibit C-21; Exhibit C-22; Exhibit C-23.

21. Mark Weaver's intention as of March 25, 2019 was to pull plans that MBA had worked on, trace them, and then reinsert them back into the shared database. *See* Exhibit B, 98:21–99:1.

22. On or around March 25, 2019, HBG copied MBA's Revit model from MBA's servers to HBG's servers. *See* Exhibit B, 93:9–94:4.

23. Several weeks later, HBG duplicated MBA's designs with one copy in a directory called "Architecture_MBA" and a second copy in a separate directory to which MBA did not have access. *See* Exhibit B, 102:23–103:11.

24. In September and October of 2018, Chairman Berrey distributed copies of the renders of MBA's designs to potential investors, to members of the business community, and to members of the tribe. *See* Exhibit D, 133:5–135:1.

25. Chairman Berrey displayed copies of MBA's copyrighted works in public meetings on December 12, 2018, and on March 9, 2019. *See* Exhibits H, I.

26. In February of 2019 Saracen's public relations contractor included MBA's architectural renderings as downloadable files in a fact sheet about the Saracen Casino Resort project. *See* Exhibit D, 168:16–170:19; Exhibit E-25.

### HBG's Misattribution of MBA's Original Copyrighted Work

27. On March 28, 2019, HBG's Paul Bell emailed HBG's Mark Weaver to direct the removal of MBA from the title block on all renderings and drawings related to the Saracen Casino Resort project. *See* Exhibit C-3.

28. On April 4, 2019, HBG's Mark Weaver directed a landscape architect consultant working with HBG to remove MBA's copyright management information ("CMI") from all future schematics. *See* Exhibit B, 79:19 – 81:17; Exhibit C-5.

29. On April 10, 2019, HBG's Mark Weaver emailed HBG's Paul Bell and Rodger Conine stating "Rodger let's make sure Marlon's team cannot see our new models until everything is resolved with them." *See* Exhibit C-7.

30. On a date no later than June 18, 2019, HBG's Rick Gardner informed Saracen's Chris Roper that he (Rick Gardner) was concerned that Marlon Blackwell may file a complaint with the American Institute of Architects that HBG and Saracen are using MBA's design without authorization. *See* Exhibit J.

31. HBG submitted to the Pine Bluff Planning Commission design plans dated July 15, 2019, claiming exclusive authorship and making no reference nor attribution to MBA, despite that those plans retained the iconic exterior and interior design and form and work owned by MBA in all material respects. *See* Exhibit K.

32. On December 2, 2019, HBG released to the public press images depicting the Saracen Casino and claiming exclusive authorship by HBG of the iconic designs that were in fact created by MBA, and such information was republished to the public in an Arkansas Business article that referenced the current status of the project. *See* Exhibit L.

Respectfully submitted,

DATED: DECEMBER 10, 2021     MARLON BLACKWELL ARCHITECTS, P.A.

_____
Mark Murphey Henry, Ark. Bar No. 97170
HENRY LAW FIRM
P.O. Box. 4800
Fayetteville, Arkansas 72702
Telephone:(479) 368-0555
Email:mark@henry.us

Joseph Hall, Ark. Bar No. 2012191
ROSE LAW FIRM
a Professional Association
240 N. Block Ave., Ste. A
Fayetteville, AR 72701
Telephone:(479) 289-7420
Email:jhall@roselawfirm.com

*Counsel for Plaintiff*