# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| MARLON BLACKWELL ARCHITECTS, P.A., <br><br> Plaintiffs, <br><br> v. <br><br> HBG DESIGN, INC.; SARACEN DEVELOPMENT, LLC; and JOSEPH BYRD, in his official capacity as Chairman of the Quapaw Tribal Business Committee, <br><br> Defendants. | No. 4:19-cv-00925-BSM |

## JOINT STIPULATION OF DISMISSAL

Comes now, Marlon Blackwell Architects, P.A., by and through its attorneys, HBG Design, Inc., by and through its attorneys, Saracen Development, LLC, by and through its attorneys, and Joseph Byrd, in his official capacity as Chairman of the Quapaw Tribal Business Committee, by and through his attorneys, and for their Joint Stipulation of Dismissal, state:

1. The parties have reached a settlement agreement in this matter.

2. Each party to bear that party's own attorneys' fees, costs and expenses.

3. The parties jointly stipulate that Plaintiff's Second Amended Complaint and all causes of action along with any pending motions before the Court be dismissed with prejudice and the case closed.

WHEREFORE, for the reasons stated herein, the parties request that an order be entered dismissing this case with prejudice.

Respectfully submitted,

COUNSEL FOR PLAINTIFF:

*/s/ Mark Murphey Henry*
Mark Murphey Henry, Ark. Bar No. 97170
Henry Law Firm
P.O. Box 4800
Fayetteville, AR 72702
Telephone: 479-368-0555
Fax: 479-695-1332
Email: mark@henry.us

and

Jack East, III, Ark. Bar No. 75036
Attorney at Law
1100 N. University Ave., Ste. 140
Little Rock, AR 72207
Telephone: 501-372-3278
Fax: 501-376-0949
Email: jack@jackeastlaw.com

COUNSEL FOR HBG DESIGN, INC.:

*/s/ Nicholas L. Vescovo*
Jason J. Campbell
Bar No. 2001119
Attorney for HBG Design, Inc.
Anderson, Murphy & Hopkins, L.L.P.
400 West Capitol Avenue, Suite 2400
Little Rock, Arkansas 72201
(501) 372-1887 phone; (501) 372-7706 fax

Nicholas L. Vescovo,* TN Bar No. 30387
Isaac S. Lew,* TN Bar No. 36702
Lewis Thomason, P.C.
40 South Main St., Suite 2900
Memphis, Tennessee 38103
Phone: (901) 525-8721
*nvescovo@lewisthomason.com*
*ilew@lewisthomason.com*

* - Admitted *pro hac vice*

COUNSEL FOR SARACEN DEVELOPMENT, LLC and JOSEPH BYRD in his official capacity as Chairman of the Quapaw Tribal Business Committee:

/s/ Win Wilson
Ronald A. Hope, Ark. Bar No. 81092
Ralph "Win" Wilson, III, Ark. Bar No. 2007279
Hope, Trice, O'Dwyer & Wilson, P.A.
211 Spring St.
Little Rock, AR 72201
Telephone: 501-372-4144
Fax: 501-372-7480
Email: rhope@hope-lawyers.com;
        wwilson@hope-lawyers.com

Amanda W. Denton (2016023)
MITCHELL, WILLIAMS, SELIG,
 GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800
Facsimile: (501) 688-8807
E-mail: adenton@mwlaw.com