IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARLON BLACKWELL**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ARCHITECTS PA**

v.　　　　　　　　　　**CASE NO. 4:19-CV-00925-BSM**

**HBG DESIGN, INC.,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE